CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 9 2005

JOHN F/CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MATTHEW J. BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:04CV00705 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

that plaintiff's motion to reconsider shall be and hereby is DENIED.

The Clerk is directed to send certified copies of this Order to plaintiff and counsel for the

defendant.

ENTER:     This 9th day of June, 2005.

_____
United States District Judge